

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-18-00365-CV

Trial Court Cause
Number:     2018-10744

Style:     San Jacinto River Authority

**v**  Michael A. Burney et al.

Date motion filed*:     December 19, 2018

Type of motion:     motion for extension of time

Party filing motion:     appellant

Document to be filed:     motion for rehearing and en banc reconsideration

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

    Original due date:     December 19, 2018

    Number of previous extensions granted:     0

    Date Requested:     30 days

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: **January 18, 2019**

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: */s/ Michael Massengale*
        ☐ Acting individually     ☒ Acting for the Court

Panel consists of:   Justices Jennings, Higley, and Massengale

Date: December 20, 2018